KM

**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rafael Mada, | No. CV 05-1759-PHX-DGC (VAM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Maricopa County Sheriff's Office, et al., | |
| Defendants. | |

On June 10, 2005, Plaintiff Rafael Mada, presently confined in the Maricopa County Fourth Avenue Jail, filed a Civil Rights Complaint by a Prisoner ("Complaint") pursuant to 42 U.S.C. § 1983 and an Application to Proceed In Forma Pauperis ("Application to Proceed").  The Court denied Plaintiff's Application to Proceed with leave refile on August 26, 2005 (Doc. #4).  On September 21, 2005, Plaintiff filed a "Motion to Dismiss (Without Prejudice)" (Doc. #5).

"[U]nder Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." Commercial Space Management Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (internal quotations omitted).  Defendants have not served an answer or motion for summary judgment in this case.  The Court will grant Plaintiff's Motion to Dismiss.

1   In so doing, the Court notes that Plaintiff has stated that he wishes to dismiss this
2   action so that he may file a Notice of Claim against Plaintiffs.  A Notice of Claim is a
3   prerequisite to filing a lawsuit in some cases in state court, it is not required prior to filing
4   a lawsuit in this Court.

5   **IT IS THEREFORE ORDERED** that Plaintiff's September 21, 2005 Motion to
6   Dismiss (Doc. #5) is GRANTED. The Complaint and this action are DISMISSED
7   WITHOUT PREJUDICE pursuant to Rule 41(a), Fed.R.Civ.P., and the Clerk of Court shall
8   enter judgment accordingly.

9   Dated this 14th day of October, 2005.

*(signed)* David G. Campbell
United States District Judge